## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA ALELLO, )<br>)<br>Plaintiff )<br>vs. )<br>)<br>RECEIVABLE RECOVERY )<br>SERVICES, LLC, )<br>)<br>Defendant )<br>_____) | **Case No.:** 2:17-cv-8979<br><br>**Judge:** Jane Triche Milazzo<br><br>**Magistrate:** Daniel E. Knowles, III |

## **NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have reached a settlement in this case. Defendant respectfully requests that this Court allow adequate time within which to complete the settlement, during which time Defendant requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed. The parties are finalizing a settlement agreement and will file a Stipulation of Dismissal with the Court shortly.

RESPECTFULLY SUBMITTED, this the 12th day of January 2018.

        **Receivable Recovery Services, LLC**

BY:  */s/ Jennifer M. Young*
      **WILLIAM V. WESTBROOK, III, PHV**
      **JENNIFER M. YOUNG, La. Bar No. 33440**
      Page, Mannino, Peresich & McDermott, P.L.L.C.
      759 Howard Avenue
      Biloxi, MS 39530
      Telephone: (228) 374-2100
      Facsimile: (228) 432-5539
      cwestbrook@PMP.org
      Jennifer.Young@pmp.org

2

## **CERTIFICATE OF SERVICE**

     I, Jennifer M. Young, of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., hereby certify that on January 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                */s/ Jennifer M. Young*
                                **JENNIFER M. YOUNG**