UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELA ALELLO, | ) | |
| | ) | **Case No.:** 2:17-cv-8979 |
| Plaintiff | ) | |
| vs. | ) | **Judge:** Jane Triche Milazzo |
| | ) | |
| RECEIVABLE RECOVERY SERVICES, LLC, | ) | **Magistrate:** Daniel E. Knowles, III |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Angela Alello, and Defendant, Receivable Recovery Services, LLC, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that the above action be and it is voluntarily dismissed, with prejudice.

RESPECTFULLY SUBMITTED, this the 6th day of March 2018.

**Angela Alello, individually**

BY:  */s/ Samuel J. Ford*
Samuel J. Ford, Esq., T.A. #36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

1

       **Receivable Recovery Services, LLC**

BY:  */s/ William V. Westbrook, III*
    **WILLIAM V. WESTBROOK, III**
    Page, Mannino, Peresich & McDermott, P.L.L.C.
    759 Howard Avenue
    Biloxi, MS 39530
    Telephone: (228) 374-2100
    Facsimile: (228) 432-5539
    cwestbrook@PMP.org
    (*PRO HAC VICE)*


    */s/ Jennifer M. Young*
    **JENNIFER M. YOUNG, La. Bar No. 33440**
    Page, Mannino, Peresich & McDermott, P.L.L.C.
    759 Vieux Marche Mall
    Biloxi, MS 39530
    Telephone: (228) 374-2100
    Facsimile: (228) 432-5539
    Email: Jennifer.Young@pmp.org